UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony J. Stoute,

        Plaintiff,

-against-

Port Authority Trans-Hudson Corporation,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/2021
```

1:20-cv-10528 (PAE) (SDA)

ORDER SCHEDULING TELEPHONIC
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

  A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Wednesday, September 22, 2021 at 2:00 p.m. The settlement shall proceed by telephone unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means, such as by video.

  The Court will provide dial-in information to the parties by email before the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

Dated:  New York, New York
     July 22, 2021

                  /s/ Stewart D. Aaron
                  _____
                  STEWART D. AARON
                  United States Magistrate Judge